IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CASE NO. 5:11-cv-217-RS-CJK

FOX MANOR APARTMENTS, LTD.,

    Defendant.
_____/

## ORDER

Before me is the Plaintiff's Motion to Dismiss (Doc. 23) because the Parties have reached a settlement. Pursuant to N.D. Fla. Loc. R. 16.2(D), **IT IS ORDERED**:

1. This case is dismissed from the active docket of the court.

2. In the event that the settlement between these parties is not consummated, the Court reserves jurisdiction, upon motion filed by any party within 60 days of the date of this Order, to amend or vacate and set aside this Order and reinstate the case.

3. The clerk is directed to close the file for administrative purposes, and upon the expiration of 60 days without activity, the clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on December 8, 2011.

                                              /s/ Richard Smoak
                                              RICHARD SMOAK
                                              UNITED STATES DISTRICT JUDGE